LAW OFFICES OF

# KOFFSKY & FELSEN, LLC

1261 POST ROAD, SUITE 202B
FAIRFIELD, CONNECTICUT 06824
(203) 327-1500
FACSIMILE (203) 327-7660
www.koffskyfelsen.com

BRUCE D. KOFFSKY
AUDREY A. FELSEN

777 WESTCHESTER AVENUE
SUITE 101
WHITE PLAINS, NY 10604
(800) 637-3363

September 11, 2024

Via ECF

The Honorable Kenneth M. Karas
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:  United States v. Ruiz
     Case No.: 7:24-CR-296-01 (KMK)

Dear Judge Karas:

The undersigned has been appointed to represent Mr. Luis Angel Ruiz in the above-captioned matter. Mr. Ruiz is currently scheduled to be sentenced before the Court on September 19, 2024, at 2:00 pm. I respectfully request that the Court adjourn the defendant's sentencing to the third week in November 2024, or a date thereafter convenient for the court, as undersigned is currently scheduled to begin trial in the matter of *United States v. Nicholas Orsini (7:23-CR-402)* before the Honorable Judge Philip Halpern, on September 17, 2024. Immediately following, undersigned is scheduled to begin trial in the matter of *United States v. Felix Nunez Paula (7:23-CR-602)* before the Honorable Judge Vincent Briccetti and will not have adequate time to prepare for Mr. Ruiz's sentencing.

I have discussed this application with AUSA Ben Arad who has informed me that the government has no objection to this request.

For the above stated reasons, I respectfully request that the Court adjourn the defendant's sentencing.

Respectfully submitted,

__/s/ Bruce D. Koffsky__

BDK/ls
cc: Government Counsel

*Granted. The sentence will go forward on November 25, 2024 at 11:00 AM*

SO ORDERED:

_/s/ Kenneth M. Karas_
HON. KENNETH M. KARAS U.S.D.J.  9/16/2024